UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Plaintiff, ) | CASE NO.1:09CR189 |
| ) | |
| -vs- ) | |
| ) | |
| DENNIS MCKENZIE, ) | |
| JASON EDDY, ) | |
| DASHON DANIELS, ) | |
| MARKIES WEEKS, ) | |
| DURCEE HILL, ) | |
| MICHAEL LUNDY, ) | |
| CLIFTON STEVENSON, ) | |
| ROBERT J. LITTLEJOHN, ) | |
| DALE LEVERT, ) | |
| LEZETTE DUMAS, ) | ORDER ADOPTING |
| RICKY JACKSON, ) | REPORT AND RECOMMENDATIONS |
| ) | OF MAGISTRATE JUDGE WHITE |
| Defendants. ) | |

    The above Defendants[1], accompanied by counsel, proffered a plea of guilty before Magistrate Judge White to the respective charges in the Superceding Indictment and/or Supplemental Information.

    The Court[2] finds that each Defendants' proffer of guilt was made under oath

---

[1] Dennis McKenzie pled guilty on 1/21/10 to Count One of the Superceding Indictment; Jason Eddy pled guilty on 11/24/09 to Count One of the Superceding Indictment; Dashon Daniels pled guilty on 12/3/09 to Count One of the Superceding Indictment; Markies Weeks pled guilty on 11/6/09 to Count One of the Superceding Indictment and the forfeiture provision set forth in the Supplemental Information; Durcee Hill pled guilty on 03/05/10 to Count One of the Superceding Indictment; Michael Lundy pled guilty on 12/3/09 to Count One of the Superceding Indictment; Clifton Stevenson pled guilty on 02/3/10 to Count One of the Superceding Indictment; Robert J. Littlejohn pled guilty on 12/17/09 to Count One of the Supplemental Information; Dale Levert pled guilty on 11/13/09 to Count One of the Superceding Indictment; Lezette Dumas pled guilty to 11/12/09 to Count One of the Superceding Indictment; and Ricky Jackson pled guilty to Count One of the Superceding Indictment on 11/12/09.

[2] This matter was reassigned to Judge Christopher A. Boyko on March 30, 2010.

knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge White, approves each plea agreement, accepts each Defendants' offer of guilt and finds each Defendant guilty as charged in the Superceding Indictment and/or Supplemental Information.

The signed Plea Agreements shall be filed as of the date of this Order.

IT IS SO ORDERED.

<u>S/Christopher A. Boyko</u>
Christopher A. Boyko
U.S. District Court Judge

March 31, 2010