IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR189-03 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| JASON EDDY, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on February 13, 2020, for final hearing on the Government's request for revocation of Defendant Jason Eddy's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Thomas M. Parker on January 7, 2020, at which time the Defendant admitted to the new law violation and criminal association. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation. Sentencing was deferred and supervision was continued.

The Probation Officer's superseding report dated February 12, 2020 states that Defendant Jason Eddy tested positive for drugs and that he failed to submit to random drug screens as required. The Defendant admits the new violations. The Court finds Defendant in violation and revokes supervised release for the reasons stated on the open record.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of eleven months, followed by two years of supervised release. Defendant shall participate in

cognitive-behavioral treatment upon release from imprisonment. All previously ordered conditions remain in effect.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: February 19, 2020

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

Court Reporter: Shirle Perkins

Time: 30 minutes