IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:09CR189-03 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Senior Judge Christopher A. Boyko |
| ) | |
| JASON EDDY, ) | |
| ) | |
| Defendant. ) | ORDER |
| ) | |

This matter was before the Court on January 10, 2022, for hearing on the Government's request for revocation of Defendant Jason Eddy's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Thomas M. Parker on January 4, 2022, at which time the Defendant admitted to the following violations; 3) Illegal Use of a Substance; 4) Termination from Cognitive-Behavioral Treatment; and 5) Failure to Participate in the Code-a-Phone Program. The government moved to dismiss Violations 1 and 2 because the underlying state charges have been dismissed. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation Nos. 3, 4, and 5 and revokes supervised release. Violation Nos. 1 and 2 dismissed by the government. The Defendant sentenced to custody of the Bureau of Prisons for 10 months, with credit for time served in Federal custody since 11/12/2021. No supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: January 10, 2022

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE